1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 LUCILA MARTINEZ-OTERO,                         )
                                                  ) No. C 09-4820 SC
13                 Plaintiff,                     )
                                                  )
14         v.                                     ) **STIPULATION TO DISMISS; AND**
                                                  ) **[PROPOSED] ORDER**
15 ALEJANDRO MAYORKAS, Director,                  )
   United States Citizenship and Immigration      )
16 Services,                                      )
                                                  )
17                 Defendant.                     )
                                                  )
18

19     Plaintiff, by and through her attorney of record, and Defendant, by and through his attorney of

20 record, hereby stipulate, to dismissal of the above-entitled action without prejudice because

21 Plaintiff's I-730 petition has been reaffirmed and returned to the United States Embassy in San

22 Salvador.

23 ///

24 ///

25 ///

26 ///

27

28
   Stipulation to Dismiss
   C 09-4820 SC                              -1-

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 3, 2009                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 |                       /s/
ILA C. DEISS[1]
Assistant United States Attorney

7 | Attorney for Defendant

8

9 | Dated: November 17, 2009                            /s/
JONATHAN M. KAUFMAN

10 | Attorney for Plaintiff

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date:  12/3/09

17 | SAMUEL CONTI
United States District Judge

18

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation to Dismiss
C 09-4820 SC                                              -2-